# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0062
LT Case No. 42-2021-CA-2249

_____

JOAN SIOPES,

    Appellant,

    v.

NANCY J. SIOPES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary Lamar Sanders, Judge.

Richard Sierra, Winter Garden, for Appellant.

Jonathan S. Dean and Christopher D. Eakes, of Dean and Dean, LLP, Ocala, for Appellee.

January 13, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____